# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>                       Plaintiff,        )<br>     vs.                                              )<br>                                                            )<br>WANDA TURNER,                        )<br>                                                            )<br>                       Defendant.    )<br>_____  ) | Case No.: 2:12-cr-00403-GMN-CWH<br><br>**ORDER**<br>**(ECF No. 8)** |

Pending before the Court is Defendant Wanda Turner's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3564(c) (ECF No. 8). The United States filed its unopposed Response to Defendant's Motion (ECF No. 11), and the United States Probation Office filed its unopposed Response to Offender's Motion for Early Termination From Supervised Release (ECF No. 12).

The Court having read the Motion of Defendant, and the unopposed Responses of Plaintiff United States of America, and the U.S. Probation Office, and for good cause appearing, hereby grants Defendant's Motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Wanda Turner's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3564(c) (ECF No. 8) is hereby **GRANTED**. Defendant Wanda Turner's term of supervised release is hereby **TERMINATED** and Wanda Turner is **DISCHARGED** from supervision with the United States Probation Office.

**DATED** this 1st day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge